JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Lisa G. Laukitis
Benjamin Rosenblum
Paul Bartholomew Green

Attorneys for Lehman Brothers Special Financing Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------X

| | |
|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 13-1330 (SCC) |
| FEDERAL HOME LOAN BANK OF CINCINNATI, | |
| Defendant. | |

------------------------------------------------------------X

**NOTICE OF TIME CHANGE OF PRE-TRIAL CONFERENCE**

A pre-trial conference in the above-captioned adversary proceeding was scheduled to be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Room 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, New York, New York 10004, on June 19, 2014 at 10:00 a.m. (New York time).  The time of the pre-trial conference has been rescheduled to **1:30 p.m. (New York time)**.

Dated:  June 16, 2014  
       New York, New York

JONES DAY

*/s/ Paul Bartholomew Green*  
Jayant W. Tambe  
Lisa G. Laukitis  
Benjamin Rosenblum  
Paul Bartholomew Green  
222 East 41st Street  
New York, New York  10017  
Telephone:  (212) 326-3939  
Facsimile:  (212) 755-7306

*Attorneys for Lehman Brothers Special Financing Inc.*